Juan Lopez, Plaintiff,
against
Alan Torres, Defendant-Appellant.



Defendant appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Leticia M. Ramirez, J.), entered on or about December 1, 2015, after trial, in favor of plaintiff and awarding him damages in the principal sum of $2,340.




.81.
Per Curiam.
Judgment (Leticia M. Ramirez, J.), entered on or about December 1, 2015, affirmed, without costs.
The court applied the appropriate rules of substantive law and accomplished "substantial justice" (see CCA 1804, 1807; Williams v Roper, 269 AD2d 125, 126 [2000], lv dismissed 95 NY2d 898 [2000]) in awarding judgment to plaintiff for the cost to repair his vehicle. The evidence, fairly interpreted, supports a finding that, as plaintiff was driving next to defendant's parked vehicle, defendant suddenly opened his driver's side door in violation of Vehicle and Traffic Law § 1214, causing plaintiff to strike the door, and that plaintiff was unable to avoid the accident (see Persaud v Hub Truck Rental Corp., 170 AD3d 907, 908 [2019]; Perez v Steckler, 157 AD3d 445 [2018]; Tavarez v Castillo Herrasme, 140 AD3d 453 [2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: December 9, 2019